# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HOWE, | Case No. 2:21-cv-01097-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 17] |
| ALBERTSON'S LLC, | |
| Defendant(s). | |

Pending before the Court is the stipulation that Plaintiff will submit to an independent medical examination, as well as the agreed-upon procedures for that examination. Docket No. 17. Unless doing so interferes with Court proceedings, parties are generally permitted to stipulate to discovery procedures without obtaining Court approval. Fed. R. Civ. P. 29. The pending stipulation fails to explain why Court approval is necessary in this instance.[1] Accordingly, the stipulation is **DENIED** as unnecessary.

IT IS SO ORDERED.

Dated: November 3, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This document was docketed as a "Notice." To the extent the parties were not seeking judicial approval and were instead seeking to provide the Court notice of their agreement, such a filing was also improper. *Cf.* Local Rule 26-7 (discovery papers "must not be filed with the court until they are used in the proceeding").