=

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HOWE, an individual, | 2:21-cv-01097-ART-NJK |
| Plaintiff, | |
| vs. | **ORDER APPROVING** |
| ALBERTSON'S LLC, d/b/a ALBERTSON'S, a Foreign Limited-Liability Company; DOES I through XX, inclusive; and ROE BUSINESS ENTITITES I through XX, inclusive, | |
| Defendants. | |

## **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**

Plaintiff ERIC HOWE, by and through his Clark Seegmiller, Esq. of RICHARD HARRIS LAW FIRM, and Defendant ALBERTSON'S LLC, by and through its counsel Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

. . . .

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: this 7th day of June, 2022.

**RICHARD HARRIS LAW FIRM**

By: /s/ Clark Seegmiller
Clark Seegmiller, Esq.
Nevada Bar No. 3873
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED: this 7th day of June, 2022.

**BACKUS, CARRANZA & BURDEN**

By: /s/ Jacquelyn Franco
Jack P. Burden, Esq.
Nevada Bar No. 6918
Jacquelyn Franco
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE

DATED: _____June 9, 2022_____